An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY ZOGHEIB, A/K/A JIHAD
ANTHONY ZOGHEIB, AN
INDIVIDUAL,

Appellant,

vs.

KIRK LEWIS, AN INDIVIDUAL,

Respondent.

No. 68634

**FILED**

OCT 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order sustaining an objection to a claim of exemption in an execution on a judgment. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

When this proper person appeal was docketed, this court gave appellant 40 days to file and serve the civil proper person appeal statement. Appellant's civil appeal statement was due in this court by September 28, 2015. To date, appellant has failed to file the civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-32370

cc:    Hon. Kathleen E. Delaney, District Judge
Anthony Zogheib
Anthony A. Zmaila Limited PLLC
Eighth District Court Clerk